# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY SAFFORD, | |
| Plaintiff, | |
| v. | No. 07 CV 5276 |
| ANDREW JANIK, Star No. 10860, ANTHONY BRUNO, Star No. 12212, JOHNNIE M. MINTER-EDWARDS, Star No. 21161, THOMAS R. SHEBISH, Star No. 20419, JLYNN PIERCE, Star No. 8266, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO, | Judge Coar  Magistrate Judge Keys |
| Defendants. | |

## NOTICE OF MOTION

On June 4, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Coar at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion.

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF MOTION AND MOTION TO FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Terrence Michael Burns    tburns@dykema.com
Harry N. Arger    harger@dykema.com
Paul A. Michalik    pmichalik@dykema.com
Daniel Matthew Noland    dnoland@dykema.com,djones@dykema.com
Kimberly D. Fahrbach    kfahrbach@dykema.com

        s/ Abbas Merchant
        Abbas Merchant
        Horwitz, Richardson & Baker, LLC.
        20. S. Clark St. Suite 500
        Chicago, Illinois  60603
        Tel: (312) 676-2100
        Fax: (312) 372-7076
        amerchant@hrbattorneys.com