# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY SAFFORD, Plaintiff, | Case No.: 07 CV 5276 |
| vs. | Judge: Coar |
| ANDREW JANIK, Star No. 10860, ANTHONY BRUNO, Star no. 12212, JOHNNIE M. MINTER-EDWARDS, Star No. 21161, THOMAS R. SHEBISH, Star No. 20419, JLYNN PIERCE, Star No. 8266, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO, Defendants. | Magistrate Judge Keys |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorney fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,
**Dykema Gossett PLLC**

By: ___s/Kimberly D. Fahrbach___
One of the Attorneys for Defendant City

**Horwitz, Richardson & Baker, LLC**

By: ___s/Blake W. Horwitz___
One of the Attorneys for Plaintiff

Terrence M. Burns, ARDC No. 3122331
Paul A. Michalik, ARDC No. 6198674
Daniel M. Noland, ARDC No. 6231175
Kimberly D. Fahrbach, ARDC No. 6237042
Dykema Gossett, PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606
312-876-1700

Blake Horwitz
Abbas Merchant
Horwitz, Richardson & Baker LLC
20 S. Clark St., Suite 500
Chicago, IL 60603
312-676-2100

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANTHONY SAFFORD, | Case No.: 07 CV 5276 |
| Plaintiff, | Judge: Coar |
| vs. | Magistrate Judge Keys |
| ANDREW JANIK, Star No. 10860, ANTHONY BRUNO. Star no. 12212, JOHNNIE M. MINTER-EDWARDS, Star No. 21161, THOMAS R. SHEBISH, Star No. 20419, JLYNN PIERCE, Star No. 8266, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO | |
| Defendants. | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff Anthony Safford, by one of his attorneys, Blake Horwitz,, and defendants ANDREW JANIK, Star No. 10860, ANTHONY BRUNO, Star no. 12212, JOHNNIE M. MINTER-EDWARDS, Star No. 21161, THOMAS R. SHEBISH, Star No. 20419, JLYNN PIERCE, Star No. 8266, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO, by one of their attorneys, Terrance M. Burns, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff Anthony Safford against defendants, ANDREW JANIK, Star No. 10860, ANTHONY BRUNO, Star no. 12212, JOHNNIE M. MINTER-EDWARDS, Star No.

21161, THOMAS R. SHEBISH, Star No. 20419, JLYNN PIERCE, Star No. 8266, TERRY HILLARD, LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO are dismissed with prejudice and with each side bearing its own costs and attorney fees in accordance with the terms of the Release and Settlement Agreement.

ENTER:_____
Judge Coar
United States District Judge

DATED:_____

| | |
|---|---|
| Terrence M. Burns, ARDC No. 3122331 | Blake Horwitz |
| Paul A. Michalik, ARDC No. 6198674 | Abbas Merchant |
| Daniel M. Noland, ARDC No. 6231175 | Horwitz, Richardson & Baker LLC |
| Kimberly D. Fahrbach, ARDC No. 6237042 | 20 S. Clark St., Suite 500 |
| Dykema Gossett, PLLC | Chicago, IL 60603 |
| 10 S. Wacker Dr., Suite 2300 | 312-676-2100 |
| Chicago, IL 60606 | |
| 312-876-1700 | |